UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
July 18, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
)   Case No. 2:18MJ00132-CKD
Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
ISAIAH ELIJAH COLE, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ISAIAH ELIJAH COLE__ , Case No. __2:18MJ00132-CKD__ , Charge __18USC § 924(c)(1)(A)(ii)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ___ Release on Personal Recognizance

- ___ Bail Posted in the Sum of $___

- ✔ Unsecured Appearance Bond $50,000.00

- ___ Appearance Bond with 10% Deposit

- ___ Appearance Bond with Surety

- ___ Corporate Surety Bail Bond

- ✔ (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __July 18, 2018__ at __2:00 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court